UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BROADCAST MUSIC, INC., et al., | Case No. 2:25-cv-0998-TLN-JDP |
| Plaintiffs, | |
| v. | **ORDER** |
| AVENUE ULTRA LOUNGE, LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion for Entry of Default Judgment.  (ECF No. 17.)  The motion was submitted for decision without oral argument by the magistrate judge on March 3, 2026.  (ECF No. 18.)  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On April 28, 2026, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 19.)  No objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations filed April 28, 2026 (ECF No. 19) are ADOPTED in full;

2.    Plaintiffs' Motion for Default Judgment (ECF No. 17) is GRANTED in part and DENIED in part;

3.    The Court enters judgment against defendants Avenue Ultra Lounge, LLC and Kevin Hernandez in the amount of $15,000 in statutory damages;

4.    Defendants, their agents, servants, employees, and all persons acting under their permission and authority, are enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.;

5.    Plaintiffs' request for attorney's fees and costs is denied without prejudice to renewal upon a timely motion filed in compliance with Local Rules 292 and 293; and

6.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2